THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. WEISE, Appellant, *v.* JOHN J. SCANNELL, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Weise* v. *Scannell*, 44 App. Div. 642, affirmed.
(Argued October 6, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 25, 1899, which quashed a writ of certiorari to review the determination of the defendant in dismissing the relator from service in the fire department of the city of New York and affirmed the proceedings.

*Daniel F. Kiely* and *Joseph I. Green* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL UNION GAS COMPANY, Appellant, *v.* JAMES L. WELLS et al., as Commissioners, Composing the Board of Taxes and Assessments for the City of New York, Respondents.

*People ex rel. Central Union Gas Co.* v. *Wells,* 73 App. Div. 626, affirmed.
(Argued October 6, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1902, which affirmed an order of Special Term quashing a writ of certiorari to review an assessment upon the property of the relator for the purpose of taxation.

*John A. Garver* for appellant.

*George L. Rives, Corporation Counsel* (*George S. Coleman* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ. Not voting: BARTLETT, J.